# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT OWENSBORO

**MARSHALL D'ARMOND COLEMAN**                                            **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO. 4:10CV-P96-M**

**RIVER VALLEY BEHAVIORAL HEALTH, INC.**                      **DEFENDANT**

## MEMORANDUM OPINION

Plaintiff, Marshall D'Armond Coleman, initiated this civil action under 42 U.S.C. § 1983 on or about July 19, 2010. On February 11, 2011, the Clerk of Court mailed Plaintiff an Order. The mailing was returned to the Clerk of Court by the U.S. Postal Service marked "Return to Sender Not Deliverable as Addressed Unable to Forward. A review of the docket sheet indicates that the Order was properly addressed to Plaintiff at the address of record on file with the Court. Additionally, the online records of the Kentucky Department of Corrections indicate that Plaintiff has been paroled.

It is apparent that Plaintiff is no longer being held at the Kentucky State Reformatory. Despite being released, however, Plaintiff has failed to update his address with the Court. Upon filing the instant action, Plaintiff assumed the responsibility to keep this Court advised of his current address and to litigate his claims actively. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions."). Plaintiff was reminded of this duty in the Court's Scheduling Order.

Plaintiff has failed in his obligations to the Court. Because neither notices from this

Court nor filings by Defendant in this action can be served on Plaintiff, the Court construes this action to be abandoned. Therefore, the Court will dismiss this action by separate Order.

Date:

cc: Plaintiff, *pro se*
      Counsel of record

4413.008